DANIEL G. BOGDEN
United States Attorney
CRANE M. POMERANTZ
Assistant United States Attorney
333 South Las Vegas Blvd., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-440 |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | **Stipulation to Continue Initial Appearance** |
| ) | |
| ALEGRIA C. PHANKONSY, ) | |
|   AKA MARIE VILLANUEVA ) | |
|   AKA MARIE PHAN ) | |
|   AKA ALEGRIA C. PHILLIPS ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

It is hereby stipulated and agreed, by and between Daniel G. Bogden, United States Attorney, through Crane M. Pomerantz, Assistant United States Attorney, and Michael J. Khouri, Esq., that the initial appearance in the above captioned matter, currently scheduled for January 3, 2012 at 3:00 p.m. be vacated and set to January 12, 2012 at 3 p.m.  This Stipulation is entered into for the following reasons:

1. A grand jury sitting in Las Vegas returned a sealed indictment against the defendant on December 14, 2011.  Shortly thereafter, she was arrested, pursuant to the arrest warrant attendant to the indictment, in the Central District of California.  The defendant made her initial appearance there and was detained pending her arrival in Las Vegas.

. . .

2.  Defendant has retained out-of-district counsel to represent her in the above referenced matter.  Defendant's counsel is Michael J. Khouri, Esq. of Khouri | Freisleben LLP. The address of the firm's office is as follows:

>Khouri | Freisleben, LLP
>4040 Barranca Parkway, Suite 200
>Irvine, California 92604
>Telephone: (949) 336-2433
>Facsimile: (949) 387-0044

Mr. Khouri is in the course of preparing his application to appear *pro hac vice* in the District of Nevada.

3.  Mr. Khouri is unavailable until January 12, 2012.  In the meantime, Defendant will begin to obtain bail resources and negotiate with the government regarding detention issues.

4.  As such, the parties agree to continue the initial appearance and post-indictment arraignment currently set for January 3, 2012 until January 12, 2012

Dated this 3rd day of January, 2012

DANIEL G. BOGDEN
United States Attorney

By: /s/ _____
　　MICHAEL J. KHOURI, ESQ.
　　TRACY T. CHANG, ESQ.
　　Counsel for Defendant PHANKONSY

By: /s/ _____
　　CRANE M. POMERANTZ
　　Assistant United States Attorney

SO ORDERED:

_____
PEGGY A. LEEN
United States Magistrate Judge

Dated: January 3, 2012

2