

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>ALEGRIA C. PHANKONSY,<br>    aka Marie Villanueva,<br>    aka Marie Phan,<br>    aka Alegria C. Phillips,<br><br>           Defendant. | 2:11-CR-440-KJD-(CWH) |

### ORDER OF FORFEITURE

On December 10, 2012, defendant ALEGRIA C. PHANKONSY, aka Marie Villanueva, aka Marie Phan, aka Alegria C. Phillips, pled guilty to Counts One and Two of a Two-Count Superseding Criminal Information charging her in Count One with Health Care Fraud in violation of Title 18, United States Code, Section 1347; and in Count Two with Tax Evasion in violation of Title 26, United States Code, Section 7201, and agreed to the forfeiture of an *in personam* criminal forfeiture money judgment of $11,100,000 set forth in the Plea Agreement and the Forfeiture Allegations in the Superseding Criminal Information. Superseding Criminal Information, ECF No. __; Plea Agreement, ECF No. 41; Change of Plea Minutes, ECF No. __.

This Court finds that ALEGRIA C. PHANKONSY, aka Marie Villanueva, aka Marie Phan, aka Alegria C. Phillips, shall pay a criminal forfeiture money judgment of $11,100,000 in United

1  States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), and
2  (b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(A) and (a)(7); and Title 21, United
3  States Code, Section 853(p).
4      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
5  States recover from ALEGRIA C. PHANKONSY, aka Marie Villanueva, aka Marie Phan, aka Alegria
6  C. Phillips, a criminal forfeiture money judgment in the amount of $11,100,000 in United States
7  Currency.
8      DATED this 29th day of May 2013.

_____
UNITED STATES DISTRICT JUDGE

2

**U.S. v. Alegria Phankonsy**
**2:11-CR-440-KJD-CWH**
**Restitution List**

| | |
|---|---|
| Internal Revenue Service<br>Attn: RACS/Misc. Stop 6261 (Restitution)<br>333 West Pershing Avenue<br>Kansas City, MO 64108 | $ 1,323,183.00 |
| Center for Medicare and Medicaid Services (CMS)<br>PO Box 7520<br>Baltimore, MD 21207 | $ 11,100,000.00 |
| Total | $12,423,183.00 |