# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:11-CR-00440-KJD-CWH |
| v. | **ORDER** |
| ALEGRIA PHANKONSY, | |
| Defendant. | |

Presently before the Court are Defendant's Motion to Defer Payments (#60), Motion to Stay Accrual of Interest (#61), and Motion for Extension of Time Pursuant to FRAP 26(b) (#62).

Having read and considered Defendant's filings, the Court finds that Defendant has not met the criteria of a "material change in the defendant's economic circumstances" required by 18 U.S.C. § 3664(k) in order to justify amending the judgment or adjusting the payment schedule.  There has been no change in Defendant's economic circumstances, post-judgment. The Court ordered Defendant to pay ten percent (10%) of her income towards restitution.  This appears from Defendant's meager filing to be approximately $2.00 per month. Further, there has been no change justifying a stay in the accrual of mandatory interest.

///

///

Accordingly, IT IS HEREBY ORDERED that Defendant's Motions (#60/61/62) are **DENIED**.

DATED this 9TH day of July 2015.

_____
Kent J. Dawson
United States District Judge